IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-000323-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JOSE ELISEO MERAZ,
           a/k/a "Sebo,"
2.     JOSE ELISEO MERAZ JR.,
           a/k/a "Randy," and
           a/k/a "Randy Mendoza,"
3.     VICENTE DELACRUZ,
           a/k/a "Chino,"
           a/k/a "Manuel," and
           a/k/a "Brother,"
4.     LUIS PENA,
5.     JESUS TORRES GARCIA,
           a/k/a "Uriel,"
6.     LAURA ESTRADA,
           a/k/a "Laurita,"
7.     MARIA IDALIA VALENZUELA,
8.     VICTOR BELTRAN,
9.     JESUS RAMON PEREZ MIRELES,
           a/k/a "Jose,"
10.    LUIS ACEVEDO,
            a/k/a "Baldo,"
11.    ESTELA MEDRANO,

        Defendants.

**ORDER**

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that The Government's motion is granted, and that grand jury testimony and grand jury exhibits may be disclosed to the defendants and their attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

SO ORDERED this 13th day of November, 2006

                BY THE COURT:

                s/ Edward W. Nottingham
                HON. EDWARD W. NOTTINGHAM
                UNITED STATES DISTRICT JUDGE
                U.S. DISTRICT COURT
                DISTRICT OF COLORADO